SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x

OLEO-X LLC,

       Petitioner,

-against-                                       No: 1:24-cv-04706-CM

SAINT PAUL COMMODITIES, INC.,

       Respondent.
―――――――――――――――――――――――――x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2025

ORDER TRANSFERRING CASE

McMahon, J.:

       The Clerk of Court is directed to transfer this case to the Southern District of Mississippi, and to close the file in this district.

Dated: March 7, 2025

                                                                            U.S.D.J.

BY ECF TO ALL COUNSEL